# DANIEL F. DE VITA
### Attorney at Law
377 Oak Street, Suite 203
Garden City, New York 11530

Tel.: (516) 622-7575     devitalaw@optonline.net     Fax: (516) 622-7577

September 14, 2012

Hon. A. Kathleen Tomlinson
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re: Precious Stephens v. Bayview Nursing Home & 199 SEIU
       Civil Action No. Cv-07-0596 (JFB)(AKT)

Dear Judge Tomlinson:

Pursuant to the Court's Order dated September 4, 2012, this letter is submitted to provide estimates of the costs of the telephone deposition of plaintiff in Jamaica. Attached hereto are the estimates of TSG reporting, which has worked closely with me to keep costs down and has arranged the room in Jamaica. The conference room in Jamaica will be $175 per day. The remaining associated costs are the expected reporter fees and telephone fees. I have also attached the reporting company's price list, which as the Court can see contains a "preferred rate."

To also help keep costs down, all counsel have agreed to allow the oath to be administered in New York and to allow testimony to be recorded by the reporter in New York. I have volunteered my office conference room for the deposition. My telephone service provider, Optimum Lightpath, charges approximately 40 cents per minute for calls to Jamaica, which equates to approximately $168 per 7 hour day.

The only variables are the number of pages of the transcript for each day, the number of days, and the number of pages of exhibits. Given the variables and the fixed costs, I estimate the telephonic deposition to cost approximately $1500 per day. The attorneys previously estimated the deposition to take 2 to 3 days. The parties have set aside the following dates for the deposition: October 16, 17, 24, 25, and 30, 2012.

Very truly yours,

Daniel F. De Vita (DD 9065)

encl.
cc:    W. Matthew Groh, Esq.
        David Slutsky, Esq.

# Daniel DeVita

| | |
|---|---|
| **From:** | Erica Weiss <Eweiss@tsgreporting.com> |
| **Sent:** | Monday, September 10, 2012 3:17 PM |
| **To:** | 'Daniel DeVita' |
| **Subject:** | RE: RE: Erica from TSG Reporting - Stephens v. 1199SEIU |

Hi Dan,

Below is a rough estimate of a full-day deposition including the conference room in Jamaica. We have assumed approximately seven hours on the record, regular delivery of the transcript, 50 pages of exhibits and one additional copy sold to opposing counsel. Of course, this total will change depending on the actual number of pages written, the number of pages of exhibits and if you require any additional services – rough draft, expedited delivery of the final transcript or LiveNote. Those costs are all set forth on the rate sheet sent to you earlier.

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 210 | $4.25 | $892.50 |
| Reporter Appearance Fee / Session | 2 | $45.00 | $90.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 50 | $0.40 | $20.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 210 | -$0.50 | -$105.00 |
| | | | |
| Conference Room (per day) | 1 | $175.00 | $175.00 |
| | | **TOTAL** | **$1,072.50** |

Let us know if/when you are ready to schedule so that we can make sure we have you covered. Let us know if you need anything else.

Best,

Erica Sternin Weiss Esq.
Senior Account Executive

**TSG Reporting, Inc.**
**Nationwide - Worldwide**
Corporate Headquarters
747 Third Avenue, 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Cell: (917) 653-3751
Fax: (212) 207-3311
eweiss@tsgreporting.com
Secure, online scheduling available at www.tsgreporting.com

***For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above***

1

**TSG REPORTING**
*Where the world is local.*
24/7 Worldwide Client Service

## Daniel De Vita Esq. Preferred Rate Sheet – *New York, NY*\*

| | | |
|---|---|---|
| *TRANSCRIPT* | **Email / Electronic Delivery – All Transcripts** | **Complimentary** |
| | **Original & 1 Copy** (8-10 business days) | **$4.25 / Page** |
| | **Certified Copy Discount** | **$0.50 / Page / Copy Sold** |
| | **Immediate Delivery** | **$4.25 / Page Additional** |
| | **Next Day Delivery** | **$3.50 / Page Additional** |
| | **2 Day Delivery** | **$2.75 / Page Additional** |
| | **3-5 Day Delivery** | **$2.00 / Page Additional** |
| | **Interactive Real-time (aka LiveNote)** | **$1.50 / Page Additional** |
| | **Internet Real-time – Transcription** | **$1.50 / Page Additional** |
| | **Internet Real-time – Set Up / Connectivity Fee** | **$100 / User** |
| | **Rough ASCII Diskette** | **$1.50 / Page Additional** |
| | **Reporter Appearance Fee** (Sessions: 9am-1pm, 1pm-6pm) | **$45 / Session** |
| | **Reporter Appearance Fee – Videotaped** | **$25 Additional / Session** |
| | **Minuscript / ASCII / Word Index** | **Complimentary** |
| *EXHIBITS* | **Exhibits (hard copy)** | **$0.25 / Page** |
| | **Exhibits (scanned on CD-ROM)** | **$0.25 / Page** |
| | **Exhibits (hard copy & scanned)** | **$0.40 / Page** |
| | **Exhibit Linking** (exhibits hyperlinked within transcript) | **Complimentary** |
| | **Exhibits – OCR Processing** | **$0.30 / Page Additional** |
| *VIDEO* | **Videographers** (includes 1 copy in any format requested: MPEG, DVD, VHS) | **$325 / 1st 2 Hours** <br> **$100 / Each Additional Hour** |
| | **VideoSync** (synching video with transcript) | **$125 / Tape** |
| | **Streaming Video – LiveNote Stream Fee** | **$100 / User** |
| | **Streaming Video Server – Shipping to Location** | **At Cost** |
| | **Streaming Video & Text** | **$150 / User** |
| *REPOSITORY* | **Online Repository – Transcript & Exhibits** | **Complimentary** |
| | **Online Repository – Video** | **$0.25 / MB / Month** |
| *MISC.* | **Conference Rooms** | **Complimentary if Available** |
| | **24-Hour *Live* Client Service – Worldwide** | **Complimentary** |

### \*We always offer case specific <u>discounts</u>

corporate headquarters 747 Third Avenue, New York, NY 10017   phone (877) 702-9580   fax (212) 207-3311   web www.tsgreporting.com

Atlanta | Boston | Chicago | Dallas | Houston | Los Angeles | New York | San Diego | San Francisco | Washington, DC

**TSG REPORTING** — *Where the world is local.*
24/7 Worldwide Client Service

## Daniel De Vita Esq. Preferred Rate Sheet – *Kingston, Jamaica*\*

| | | |
|---|---|---|
| **TRANSCRIPT** | Email / Electronic Delivery – All Transcripts | Complimentary |
| | **Original & 1 Copy** (8-10 business days, 150 page minimum) | $4.25 / Page |
| | **Certified Copy Discount** | $0.50 / Page / Copy Sold |
| | **Immediate Delivery** | $4.25 / Page Additional |
| | **Next Day Delivery** | $3.50 / Page Additional |
| | **2 Day Delivery** | $2.75 / Page Additional |
| | **3-5 Day Delivery** | $2.00 / Page Additional |
| | **Interactive Real-time** (aka LiveNote) | $1.50 / Page Additional |
| | **Internet Real-time – Transcription** | $1.50 / Page Additional |
| | **Internet Real-time – Set Up / Connectivity Fee** | $100 / User |
| | **Rough ASCII Diskette** | $1.50 / Page Additional |
| | **Reporter Appearance Fee** (Sessions: 9am-1pm, 1pm-6pm) | $45 / Session |
| | **Reporter Appearance Fee – Videotaped** | $25 Additional / Session |
| | **Minuscript / ASCII / Word Index** | Complimentary |
| **EXHIBITS** | **Exhibits (hard copy)** | $0.25 / Page |
| | **Exhibits (scanned on CD-ROM)** | $0.25 / Page |
| | **Exhibits (hard copy & scanned)** | $0.40 / Page |
| | **Exhibit Linking** (exhibits <u>hyperlinked</u> within transcript) | Complimentary |
| | **Exhibits – OCR Processing** | $0.30 / Page Additional |
| **VIDEO** | **Videographers** (includes 1 copy in any format requested: MPEG, DVD, VHS) | $1000 / Day |
| | **VideoSync** (synching video with transcript) | $125 / Tape |
| | **Streaming Video – LiveNote Stream Fee** | $100 / User |
| | **Streaming Video Server – Shipping to Location** | At Cost |
| | **Streaming Video & Text** | $150 / User |
| **REPOSITORY** | **Online Repository – Transcript & Exhibits** | Complimentary |
| | **Online Repository – Video** | $0.25 / MB / Month |
| **MISC.** | **Conference Rooms** | Complimentary if Available |
| | **24-Hour *Live* Client Service – Worldwide** | Complimentary |
| | **Travel & Lodging** | At Cost |
| | **Travel Days** | $500 / Day |

**\*We always offer case specific <u>discounts</u>**

corporate headquarters 747 Third Avenue, New York, NY 10017   phone (877) 702-9580   fax (212) 207-3311   web www.tsgreporting.com

Atlanta | Boston | Chicago | Dallas | Houston | Los Angeles | New York | San Diego | San Francisco   Washington, DC